**Order entered May 17, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00410-CV

### IN THE INTEREST OF Y.D., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-01249**

## ORDER

In an order dated May 4, 2016, we ordered Ms. Sumler, Official Court Reporter of the 305th Judicial District Court, to file, within ten days, either the reporter's record or written verification that appellant has not requested the record. Rather than file the reporter's record as ordered in this parental termination case, Ms. Sumler filed, on May 13, 2016, a motion requesting a ten-day extension of time to file the reporter's record.

We again remind the trial court and Ms. Sumler that, because this is a parental termination case, it is the responsibility of the Court Reporter to prepare, verify, and timely file the reporter's record and that the trial court must direct Ms. Sumler to immediately commence the preparation of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We **GRANT** Ms. Sumler's motion and extend the time to file the reporter's record to **MAY 23, 2016**. In doing so, however, we **EXPRESSLY CAUTION** Ms. Sumler that failure to

comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court, Ms. Sumler, and all parties.

/s/     DAVID EVANS
          JUSTICE